USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 29 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

METROPOLITAN CAPITAL ADVISORS INTERNATIONAL LTD. and JEFFREY E. SCHWARZ, derivatively on behalf of NAVIOS MARITIME ACQUISITION CORPORATION

Plaintiffs,

v.

NAVIOS MARITIME HOLDINGS, INC.,

Defendant,

-and-

NAVIOS MARITIME ACQUISITION CORPORATION,

Nominal Defendant.

Case No. 1:16-cv-02437

Judge: Alison J. Nathan

**VOLUNTARY DISMISSAL OF PLAINTIFF METROPOLITAN CAPITAL ADVISORS LTD.**

Pursuant to Rules 23.1(c) and 41(a)(2) of the Federal Rules of Civil Procedure, and in order to maintain the diversity jurisdiction of this Court, Plaintiff Metropolitan Capital Advisors International Ltd., through its undersigned counsel, hereby requests that the Court approve its voluntarily dismissal in the above-captioned action solely as to itself without prejudice and without cost to any party. This voluntary dismissal shall not affect the rights or claims of Plaintiff Jeffrey E. Schwarz, who will remain a plaintiff in the above-captioned action until all related matters, including his anticipated request for an award of attorneys' fees, are resolved.

Dated: New York, New York
April 28, 2016

                                                                                     BERNSTEIN LITOWITZ
                                                                                     BERGER & GROSSMANN LLP

                                                                                     Mark Lebovitch
                                                                                     Alla Zayenchik
                                                                                     John Vielandi
                                                                                     David MacIsaac
                                                                                     1251 Avenue of the Americas
                                                                                     44th Floor
                                                                                     New York, NY 10020
                                                                                     (212) 554-1400

                                            *Attorneys for Plaintiffs Metropolitan*
                                            *Capital Advisors International Ltd. and*
                                            *Jeffrey E. Schwarz*

SO ORDERED.

DATED: April __, 2016

                                                                                    Alison J. Nathan
                                                                                United States District Judge